UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MARCOS PASAYE, | Case No. 2:17-cv -02574-JAD-VCF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

**I. DISCUSSION**

On July 18, 2018, the Court ordered Plaintiff to file his reply to Defendants' opposition to Plaintiff's motions for injunctive relief within ten days of Defendants' response being filed. (ECF No. 6 at 9). Defendants filed their response on August 17, 2018. (ECF No. 11). Plaintiff's reply therefore is due on August 27, 2018. Plaintiff has filed a motion for an extension of time until September 6, 2018 to file his reply. (ECF No. 12 at 5). The Court grants the motion. Plaintiff shall file his reply on or before September 6, 2018.

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time

/ / /

/ / /

/ / /

1

(ECF No. 12) is granted.  Plaintiff shall file his reply on or before September 6, 2018.

DATED THIS 28th day of August 2018.

_____
UNITED STATES MAGISTRATE JUDGE