# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Marcos Pasaye,<br><br>          Plaintiff<br>v.<br><br>State of Nevada ex rel.,<br><br>          Defendant | Case No. 2:17-cv-02574-JAD-VCF<br><br>**Order re: extensions of time**<br><br>[ECF Nos. 30, 35] |

After the court granted plaintiff's motion for a preliminary injunction,[1] defendants filed a motion for reconsideration.[2] Plaintiff moved the court to extend his deadline to oppose[3] that motion and then filed his opposition within the extended time he requested.[4] I find good cause to extend that deadline and deem plaintiff's opposition [ECF No. 31] timely.

But after defendants filed their reply brief, plaintiff filed a motion asking for an extension of time to respond to that reply brief, too.[5] That request is denied. The rules of this court allow only a motion, response, and reply brief. This district's Local Rule 7-2(b) explains that "[s]urreplies"—which is what a reply to a reply would be—"are not permitted without leave of court" and that "motions for leave to file a surreply are discouraged." Because the rules do not permit, and plaintiff did not seek leave to file, a surreply here, plaintiff's motion to extend the time to file one is denied.

---

[1] ECF No. 25.
[2] ECF No. 27.
[3] ECF No. 29.
[4] ECF No. 31.
[5] ECF No. 35.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to extend his deadline to respond to the motion for reconsideration **[ECF No. 30] is GRANTED and his response brief [ECF No. 31] is deemed timely;**

IT IS FURTHER ORDERED that plaintiff's motion for extension of time to file a reply to the reply **[ECF No. 35] is DENIED.** Plaintiff is not permitted to file an additional brief regarding the pending motion for reconsideration [ECF No. 27].

Dated: May 30, 2019

_____
U.S. District Judge Jennifer A. Dorsey