# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Marcos Pasaye, | Case No. 2:17-cv-02574-JAD-VCF |
| Plaintiff | |
| v. | **Order Granting Motion to Extend Time** |
| State of Nevada, *et al.*, | [ECF No. 52] |
| Defendants | |

Plaintiff Marcos Pasaye moves to extend his deadline to respond to the defendants' motion to dismiss.[1] He explains that he needs an additional 45 days due to his work schedule and family commitments.[2] Defendants have indicated that they do not oppose the request.[3] Good cause appearing, IT IS THEREFORE ORDERED that the motion to extend time **[ECF No. 52] is GRANTED;** the deadline to respond to the motion to dismiss [ECF No. 50] is extended to October 14, 2019.

Dated: September 10, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 50.
[2] ECF No. 52.
[3] ECF No. 54.